UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONTE NOBLE,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CULTURAL AFFAIRS,

Defendant.

26-CV-5815 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, Chief United States District Judge:

By order dated July 26, 2026 and entered on July 29, 2026, the Court directed Plaintiff to file an amended pleading within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

In light of the dismissal of this action, the Court denies as moot Plaintiff's motion for permission to participate in electronic case filing and his "Motion for Receivership." (ECF Nos. 12, 15.) The Clerk of Court is directed to terminate those motions.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.