UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONTE NOBLE,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CULTURAL AFFAIRS.,

Defendants.

26 CIVIL 05815 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the October 8, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated: October 13, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge